DOA
10/28/2023

# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | Case No. 23-5533MJ |
| v. | ) ) ) ) | |
| Alejandro Pimentel | ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 28, 2023, in Maricopa County, in the District of Arizona, the defendant, Alejandro Pimentel, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

This criminal complaint is based on these facts:

See attached Statement of Probable Cause, incorporated by reference herein.

☒ Continued on the attached sheet.

Reviewed by AUSA Brandon M. Brown /BB/

ROY LEWIS (Affiliate)
Digitally signed by ROY LEWIS (Affiliate)
Date: 2023.10.29 20:21:33 -07'00'

*Complainant's signature*

LeRoy Lewis, DEA Task Force Officer

*Printed name and title*

Sworn to telephonically and subscribed electronically.

Date: October 30, 2023 @ 9:13 am.

*Deborah M Fine*

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, LeRoy Lewis, Task Force Officer of the Drug Enforcement Administration, being duly sworn, declare and state as follows:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your Affiant has been employed by the City of Glendale as a Police Officer for over fifteen years. Your Affiant is currently assigned to the Glendale Police Department Special Investigations Unit, Narcotics Squad, as a narcotics detective and has been so since January 2019. This unit is responsible for undercover investigations of mid-level and large-scale DTOs. Your Affiant is also assigned as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) as part of the West Valley DEA Task Force. Prior to being assigned to the Special Investigations Unit, your Affiant was assigned to the Neighborhood Response Squad, which investigated street level drug investigations.

2. In preparing this affidavit, your Affiant has conferred with DEA Special Agents and other law enforcement officers, who share the opinions and conclusions stated herein. Furthermore, your Affiant has personal knowledge of the following facts contained within this Affidavit or has learned them from the sources mentioned herein. Your Affiant also relied on his training, experience, and background in law enforcement to evaluate this information. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, your Affiant has not included each and every fact or source of information establishing the violation of federal law.

### PROBABLE CAUSE

3. On October 28, 2023, at approximately 3:00 p.m., investigators from the West Valley DEA Task Force established surveillance at a Cracker Barrel in Glendale, Arizona. Investigators were conducting surveillance in anticipation of a suspected drug deal for 100,000 fentanyl pills contained within cooler bags, to be delivered by a silver Dodge Ram.

4. At approximately 6:05 p.m., a silver Dodge Ram, arrived at the Cracker Barrell. The driver, later identified as Alejandro PIMENTEL, exited the driver's seat and

began walking away. At this time, law enforcement wearing marked police attire with lights and sirens activated, contacted PIMENTEL. Upon contact with PIMENTEL, he announced he had a gun in his pocket. PIMENTEL was detained without incident, and had a loaded 9mm handgun in his front right pocket.

5. Investigators saw two cooler bags in the bed of the truck and discovered a total of five packages of raw meat. Upon further examination of the meat packages, investigators discovered each package contained approximately 20,000 counterfeit M30 pills encased with a thin layer of raw meat. After removing the raw meat, the total weight of the counterfeit blue M30 pills, including packaging was 11.20 kilograms. Lab testing on the pills is pending, but based on training and experience, your Affiant knows that the blue M30 pills seized are consistent with fentanyl pills. Further, the approximately 100,000 pills seized is consistent with the amount intended to be delivered at the drug deal.

6. At around 8:40 p.m., PIMENTEL gave a post-*Miranda* statement, saying he was going to be paid $500 to deliver the packages of meat, which he knew contained illegal drugs, to an unknown person at the Cracker Barrell. PIMENTEL stated he received the two cooler bags the day prior and stored the bags in his house until he attempted to deliver the bags at the meet location. PIMENTEL was asked about the firearm, and admitted ownership of the handgun saying he carries the gun for protection.

7. Based on the facts and circumstances stated in this affidavit, there is probable cause to believe that PIMENTEL possessed with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-

\\\
\\\
\\\

4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

ROY LEWIS (Affiliate)
Digitally signed by ROY LEWIS (Affiliate)
Date: 2023.10.29 20:17:32 -07'00'

LeRoy Lewis
Task Force Officer
Drug Enforcement Administration

Signed electronically and sworn to telephonically this 30th day of October, 2023. @ 9:12am.

*Deborah M Fine*

HONORABLE DEBORAH M. FINE
United States Magistrate Judge